STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DICKMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-722 MMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| KRIS DICKMAN, ) | **HEARING AND FOR EXCLUDING** |
| ) | **TIME UNDER 18 U.S.C. § 3161** |
| Defendant. ) | |
| ) | |

The parties in this case agree and jointly request the Court to move the change of plea hearing in the above captioned case from November 20, 2013 to December 6, 2013 at 10:00 a.m. The reason for this request is that defense counsel needs time to review the discovery materials with her client prior to entering a plea agreement in this matter,

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, due to the reasons stated above, the parties jointly move to continue the change of plea hearing to December 6, 2013 at 10:00 a.m.

\\

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-722 MMC

SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: November 19, 2013           /s/
                                      KYLE S. WALDINGER
                                      Assistant United States Attorney

DATED: November 19, 2013           /s/
                                      ELIZABETH FALK
                                      Attorney for Defendant Kris Dickman

## [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the status conference hearing in the aforementioned case from November 20, 2013 to December 6, 2013 at 10:00 a.m. The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: November 19, 2013                                
                                      THE HONORABLE MAXINE M. CHESNEY
                                      United States District Judge